■ In the Matter of DONAT REID, Respondent, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, et al., Appellants.—Determination annulled, on the law, and petition granted (see, mem in Matter of Lahey v Kelly, 125 AD2d 923 [decided herewith]). All concur, except Balio, J., who dissents and votes to confirm the determination (see, dissenting mem in Matter of Lahey v Kelly, 125 AD2d 923, 924–926 [decided herewith], supra). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present—Doerr, J. P., Green, Balio, Lawton and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE GARCIA, Appellant.—Judgment unanimously affirmed. Memorandum: We disagree with the defendant's assertion that the court improperly marshaled the evidence in giving its instructions to the jury. Reading the charge as a whole, it was fair and balanced and well within the statutory mandate (CPL 300.10 [2]).

Defendant also took exception to the court's instruction that "circumstantial evidence may often possess more reliable evidence of proof than direct evidence". We know of no rule of law which states that such an instruction constitutes reversible error, especially in the light of the court's entire charge on circumstantial evidence. (Appeal from judgment of Supreme Court, Monroe County, Kennedy, J.—burglary, second degree, and grand larceny, third degree.) Present—Doerr, J. P., Green, Balio, Lawton and Schnepp, JJ.